AO 440 (Rev. 10/93) Summons in a Civil Action

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

POSITEC USA INC.,

    Plaintiff,

v.

MILWAUKEE ELECTRIC TOOL CORP.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

Case Number:   - 0 5   8 9 0

TO:   Milwaukee Electric Tool Corp.
c/o Registered Agent
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
1-302-652-5070

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    12/27/05
Clerk                               Date

E. Strucklin
(By) Deputy Clerk

[Stamp: U.S. DISTRICT COURT, DISTRICT OF DELAWARE, RECEIVED DEC 28 2005]

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by[1] | DATE: 12/27/05 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☑ Other (specify) PERSONALLY SERVED MILWAUKEE ELECTRIC TOOL CORP. BY SERVING ITS REGISTERED AGENT THE CORPORATION TRUST CO AT 1209 ORANGE ST, WILM DE 19801 AT 4:00PM PERSON ACCEPTING SERVICE: Scott Lascala

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 12/27/05
Date

Signature of Server

PARCELS INC
230 N MARKET ST, WILM DE 19801
Address of Server

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.