IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POSITEC USA INC., a North Carolina corporation, and POSITEC USA INC., a South Carolina Corporation | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-890 (GMS) |
| MILWAUKEE ELECTRIC TOOL CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael E. Husmann and Joseph T. Miotke of Michael Best & Friedrich LLP, 100 Wisconsin Avenue, Suite 3300, Milwaukee, WI 55302 to represent defendant in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
PO. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Defendant

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Michael E. Husmann
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite
Milwaukee, WI 53202
(414) 271-6560

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Wisconsin and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*/s/ Joseph T. Miotke*
Joseph T. Miotke
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite
Milwaukee, WI 53202
(414) 271-6560

## CERTIFICATE OF SERVICE

I certify that on January 13, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William M. Marsden.

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)