IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POSITEC USA INC., a North Carolina Corporation and POSITEC USA INC., a South Carolina Corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>        Defendants. | C.A. No. 05-890 |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alan D. Smith to represent plaintiffs in this matter.

Dated: January 13, 2006

FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street
Suite 1100
Wilmington, DE 19801
(302) 652-5070

Attorneys for Plaintiffs

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2006

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Massachusetts, New York, the U.S. Court of Appeals for the Federal Circuit, and U.S. District Courts in Massachusetts, New York and California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:  January 13, 2006          Signed:  */s/ Alan D. Smith*
                                                                         Alan D. Smith
                                                                         Fish & Richardson P.C.
                                                                         225 Franklin Street
                                                                         Boston, MA 02110-2804
                                                                         (617) 542-5070 - phone
                                                                         (617) 542-8906 – fax

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2006, I electronically filed with the Clerk of Court this Motion and Order for Admission *Pro Hac Vice* using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery to:

Jack B. Blumenfeld
Leslie A. Polizoti
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on January 13, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Michael E. Husmann
Joseph T. Miotke
MICHAEL BEST & FRIEDRICH LLP
100 Wisconsin Avenue, Suite 3300
Milwaukee, WI 55302

　　　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.