IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POSITEC USA INC., a North Carolina Corporation and POSITEC USA INC., a South Carolina Corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>        Defendant. | C.A. No. 05-890 (GMS) |

**MILWAUKEE ELECTRIC TOOL CORPORATION'S
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Milwaukee Electric Tool Corporation states that it is owned by Esstar Inc., which is owned by Techtronic Industries North America Inc., which is owned by Techtronic Industries Co., a public corporation that is traded on the Hong Kong Stock Exchange.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              /s/ *Leslie A. Polizoti*

                              Jack B. Blumenfeld (#1014)
                              Leslie A. Polizoti (#4299)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, Delaware  19899-1347
                              (302) 658-9200
                              lpolizoti@mnat.com
                                *Attorneys for Defendant*
                                *Milwaukee Electric Tool Corporation*

OF COUNSEL:

Michael E. Husmann
Joseph T. Miotke
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
(414) 271-6560

January 17, 2006
502312

**CERTIFICATE OF SERVICE**

I certify that on January 17, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to William J. Marsden, Jr.

I further certify that on January 17, 2006 I caused to be served true and correct copies of the foregoing document on the following in the manner indicated:

**BY HAND**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market St., Suite 1100
Wilmington DE 19899

**BY FEDERAL EXPRESS**

Alan D. Smith
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)