# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

February 8, 2006

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street, Room 4324
Wilmington, DE 19801



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Positec USA Inc. v. Milwaukee Electric Tool. Corp.*
      USDC-D. Del. - Civil Action No. 05-890-GMS

Dear Judge Sleet:

On January 17, 2006, in the above-referenced matter, Defendant Milwaukee Electric Tool Corp. ("Milwaukee") filed a Motion to Dismiss (D.I. 9) and a Supporting Brief (D.I. 10). Plaintiffs Positec USA Inc. (North Carolina) and Positec USA Inc. (South Carolina) ("Positec USA") filed an Answering Brief (D.I. 12) on January 31, 2006. Recently, on February 7, 2006, Milwaukee filed a Reply Brief (D.I. 14).

Briefing on Milwaukee's Motion to Dismiss is now complete. Pursuant to Local Rule 7.1.4, Positec USA respectfully requests oral argument on Milwaukee's Motion to Dismiss (D.I. 9).

Respectfully,

William J. Marsden, Jr.

WJM/cyw

21263055.doc

cc:   Clerk, U.S. District Court
      Jack B. Blumenfeld, Esq. (via ECF)
      Michael E. Husmann, Esq. (via Mail)