IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POSITEC USA INC., a North Carolina Corporation and POSITEC USA INC., a South Carolina Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 05-890 (GMS) |

## STIPULATION AND ORDER

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the time for Defendant Milwaukee Electric Tool Corporation to answer, move or otherwise plead in response to the Amended Complaint (D.I. 18) is hereby extended to and including October 31, 2006. The reason for this request is that the parties wish to discuss the possible resolution of this matter.

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ William J. Marsden, Jr.* | */s/ Leslie A. Polizoti* |
| William J. Marsden, Jr. (# 2247)<br>919 N. Market St., Suite 1100<br>Wilmington DE 19899<br>mardsen@fr.com<br>　Attorneys for Plaintiffs<br>　POSITEC USA INC., a North Carolina<br>　Corporation and POSITEC USA INC.,<br>　a South Carolina Corporation | Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>lpolizoti@mnat.com<br>　Attorneys for Defendant<br>　Milwaukee Electric Tool Corporation |

　　　　IT IS HEREBY ORDERED this ___ day of October, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge