IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POSITEC USA INC., a North Carolina Corporation and POSITEC USA INC., a South Carolina Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Defendant. | C.A. No. 05-890 (GMS) |

## AGREED ORDER OF DISMISSAL

This action comes before the Court on the pleadings and proceedings of record, and it has been represented to the Court that the plaintiffs, POSITEC USA INC., a North Carolina Corporation and POSITEC USA INC., a South Carolina Corporation (collectively "Positec USA"), and defendant MILWAUKEE ELECTRIC TOOL CORPORATION ("Milwaukee") have agreed to dismiss the above-identified matter without prejudice.

WHEREFORE, with the consent of plaintiffs and defendant, through their undersigned attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1.  All claims of Positec USA are hereby dismissed without prejudice.

2.  Each party to this Order shall bear its own costs and attorneys' fees.

| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ William J. Marsden, Jr. (#2247)* | */s/ Leslie A. Polizoti (#4299)* |
| William J. Marsden, Jr. (#2247)<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070<br>marsden@fr.com | Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com |
| FISH & RICHARDSON P.C.<br>Alan D. Smith (*pro hac vice*)<br>Lawrence K. Kolodney (*pro hac vice*)<br>Benjamin D. Enerson (*pro hac vice*)<br>225 Franklin Street, Suite 3200<br>Boston, MA 02110<br>(617) 542-5070 | MICHAEL BEST & FRIEDRICH LLP<br>100 East Wisconsin Avenue<br>Suite 3300<br>Milwaukee, Wisconsin 53202-4108<br>Michael E. Husmann (*pro hac vice*)<br>Joseph T. Miotke (*pro hac vice*)<br>(414) 271-6560 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 2006.

_____
Hon. Gregory M. Sleet, United States District Judge